# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NARAT KIM, | : | Civil No. 3:20-0384 |
| Plaintiff, | : | |
| v. | : | |
| RICK DAVIS, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND NOW**, on this 11th day of June, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiff's motion for appointment of counsel (Doc. 4) is denied.

                                          s/ Jennifer P. Wilson
                                          JENNIFER P. WILSON
                                          United States District Court Judge
                                          Middle District of Pennsylvania